1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG MUSIC
7  ENTERTAINMENT; ARISTA RECORDS LLC;
   ELEKTRA ENTERTAINMENT GROUP INC.;
8  CAPITOL RECORDS, INC.; and BMG MUSIC

9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13  UMG RECORDINGS, INC., a Delaware        CASE NO.
    corporation; SONY BMG MUSIC
14  ENTERTAINMENT, a Delaware general       **CERTIFICATION OF INTERESTED**
    partnership; ARISTA RECORDS LLC, a      **ENTITIES OR PERSONS**
15  Delaware limited liability company; ELEKTRA
16  ENTERTAINMENT GROUP INC., a Delaware
    corporation; CAPITOL RECORDS, INC., a
17  Delaware corporation; and BMG MUSIC, a New
    York general partnership,
18                    Plaintiffs,

19
         v.
20

21  JOHN DOE #1,
                      Defendant.
22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6    The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:

7    Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings

8    Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is

9    publicly traded. Vivendi S.A. is publicly traded in France.

10    The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC

11    ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;

12    Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

13    Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony

14    Corporation is publicly traded in the U.S.

15    The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:

16    BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings

17    Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,

18    Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of

19    which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

20    The following companies are parents of, or partners in Plaintiff ELEKTRA

21    ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner

22    Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music

23    Group Corp. is publicly traded in the U.S.

24    The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:

25    Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;

26    EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;

27    Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded

28    company. EMI Group plc. is publicly traded in the U.K.

1

1    The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola

2  Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;

3  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

4  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony

5  Corporation is publicly traded in the U.S.

6

7  Dated:  September 20, 2007                                  HOLME ROBERTS & OWEN LLP

8

9                                                                By:  _____

10                                                                    MATTHEW FRANKLIN JAKSA
                                                                      Attorney for Plaintiffs
11                                                                    UMG RECORDINGS, INC.; SONY BMG
                                                                      MUSIC ENTERTAINMENT; ARISTA
12                                                                    RECORDS LLC; ELEKTRA
                                                                      ENTERTAINMENT GROUP INC.;
13                                                                    CAPITOL RECORDS, INC.; and BMG
                                                                      MUSIC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Certification of Interested Entities or Persons
Case No.
#32403 v1