1  Matthew Franklin Jaksa (SBN 248072)
2  Holme Roberts & Owen LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105
   matt.jaksa@hro.com
4
5  Attorney for Plaintiffs

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8

9  UMG Recordings, Inc., et al.,           No. C 07-04835 JCS

10           Plaintiff(s),                  **CONSENT TO PROCEED BEFORE A
                                            UNITED STATES MAGISTRATE JUDGE**
11     v.

12  John Doe,

13           Defendant(s).
                                    /
14

15     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21  Dated: 10/01/07                         _____
                                            Signature
22
                                            Counsel for  Plaintiffs
23                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28