1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG MUSIC
7  ENTERTAINMENT; ARISTA RECORDS LLC;
   ELEKTRA ENTERTAINMENT GROUP INC.;
8  CAPITOL RECORDS, INC.; and BMG MUSIC

9

10                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11
                                                    C 07   4835
12

13  UMG RECORDINGS, INC., a Delaware          CASE NO.
    corporation; SONY BMG MUSIC
14  ENTERTAINMENT, a Delaware general         [PROPOSED] ORDER GRANTING
    partnership; ARISTA RECORDS LLC, a        PLAINTIFFS' *EX PARTE* APPLICATION
15  Delaware limited liability company; ELEKTRA  FOR LEAVE TO TAKE IMMEDIATE
16  ENTERTAINMENT GROUP INC., a Delaware     DISCOVERY
    corporation; CAPITOL RECORDS, INC., a
17  Delaware corporation; and BMG MUSIC, a New
18  York general partnership,
                   Plaintiffs,
19
       v.
20

21  JOHN DOE #1,
                   Defendant.
22

23

24

25

26

27

28

[Proposed] Order Granting Ex Parte
Case No.
#324410 v1

1     Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2 Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3     ORDERED that Plaintiffs may serve immediate discovery on Santa Clara University to
4 obtain the identity of Defendant John Doe # 1 ("Defendant") by serving a Rule 45 subpoena that
5 seeks documents that identify Defendant, including the name, current (and permanent) address and
6 telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7 disclosure of this information is consistent with Santa Clara University's obligations under 20
8 U.S.C. 1232g.
9     IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11 under the Copyright Act.

13 Dated: 10/2/07      By: _____
14                       United States ~~District~~ Magistrate Judge

Proposed Order Granting Ex Parte
Case No.
#32410 v1