1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; ARISTA
   RECORDS LLC; ELEKTRA
8  ENTERTAINMENT GROUP INC.;
   CAPITOL RECORDS, INC.; and BMG
9  MUSIC

10
                UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
12

13 | UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,

            Plaintiffs,

       v.

   JOHN DOE #1,
            Defendant.

CASE NO. 3:07-CV-04835-JCS

Honorable Joseph C. Spero

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**

---

Ex Parte Application to Continue CMC and [~~Proposed~~] Order
Case No. 3:07-cv-04835-JCS
#34562 v1

1  Plaintiffs respectfully request that the Court continue the case management conference
2  currently set for January 11, 2008, at 1:30 p.m. to April 11, 2008.
3  Plaintiffs filed the Complaint against Defendant John Doe #1 ("Defendant") on September
4  20, 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take
5  Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Santa Clara
6  University ("SCU"), so that Plaintiffs could obtain information sufficient to identify Defendant.  On
7  October 3, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to
8  Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on SCU.  On
9  November 16, 2007, SCU responded to Plaintiffs' subpoena, providing Plaintiffs with identifying
10 information including Defendant's name, telephone number, and address.
11  Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation,
12 Plaintiffs have sent a letter to Defendant asking Defendant to contact Plaintiffs regarding possible
13 settlement of this matter.  Plaintiffs have followed this letter with a telephone call to Defendant, but
14 the parties have not yet discussed settlement.  If the parties are unable to resolve the dispute,
15 Plaintiffs plan to file an amended complaint naming Defendant personally.
16  Given the foregoing circumstances, and because there is not yet a named defendant in this
17 case, a case management conference is unnecessary at this time.  Plaintiffs therefore request that the
18 Court continue the case management conference currently set for January 11, 2008, at 1:30 p.m. to
19 April 11, 2008.

20 Dated:  December 20, 2007                                    HOLME ROBERTS & OWEN LLP

22                                                             By:  _____*/s/ Matthew Franklin Jaksa*____
23                                                                  MATTHEW FRANKLIN JAKSA
                                                                    Attorney for Plaintiffs

1 **ORDER**

2    Good cause having been shown:

3    **IT IS ORDERED** that the case management conference currently set for January 11, 2008,
April 4, 2008, at 1:30 p.m.
4 at 1:30 p.m. be continued to ~~April 11, 2008~~.

7 Dated: _December 21, 2007_    By: _____
Hon. ~~~~~~
8                                    United ~~~~~~~~~~~ Judge
Judge Joseph C. Spero



IT IS SO ORDERED AS MODIFIED

1