**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JCS UMG Recordings, Inc., et al., | No. C 07-4835(JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| JOHN DOE #1, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set before Magistrate Judge Spero previously noticed for April 4, 2008, at 1:30 p.m., has been reset to **10:30 a.m,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: March 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/
Frank Justiliano
Courtroom Deputy