Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ELISE TAMAI,<br>　　　　　　　Defendant. | CASE NO. 3:07-CV-04835-JCS<br><br>The Honorable Joseph C. Spero<br><br>**REQUEST TO ENTER DEFAULT** |

REQUEST TO ENTER DEFAULT
Case No. 3:07-CV-04835-JCS
#36366 v1

1   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2   Plaintiffs hereby request that the Clerk enter default in this matter against Defendant Elise
3   Tamai ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the
4   Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Declaration of
5   Matthew Franklin Jaksa, ¶¶ 3, 5.

6   Plaintiffs served the Summons and Complaint on Defendant on February 18, 2008, by
7   substitute service, as evidenced by the proof of service on file with this Court.  Id. ¶ 2, Exh. A.
8   Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the
9   Complaint.  Id. ¶ 4.  Plaintiffs are informed and believe that Defendant is not an infant or
10  incompetent person or in the military service.  Id. ¶¶ 6-7.

11  Dated:  March 25, 2008                           HOLME ROBERTS & OWEN LLP

13                                                  By: _____/s/ Matthew Franklin Jaksa___
                                                        MATTHEW FRANKLIN JAKSA
14                                                      Attorney for Plaintiffs

1

REQUEST TO ENTER DEFAULT
Case No. 3:07-CV-04835-JCS
#36366 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 25, 2008, I served the foregoing documents described as:

**(1) REQUEST TO ENTER DEFAULT; (2) DECLARATION OF MATTHEW FRANKLIN JAKSA IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT; and (3)** *EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Elise Tamai**
> **564 Alviso Street**
> **Santa Clara, CA 95050**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 25, 2008 at San Francisco, California.

*Della Grant*
———————————
Della Grant

1

Proof of Service
Case No. 07-04835-JCS
#36366 v1