1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; ARISTA
   RECORDS LLC; ELEKTRA
8  ENTERTAINMENT GROUP INC.;
   CAPITOL RECORDS, INC.; and BMG
9  MUSIC
10
                  UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
12

| 13 | UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ELISE TAMAI,<br>　　　　　Defendant. | CASE NO. 3:07-CV-04835-JCS<br><br>Honorable Joseph C. Spero<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
|---|---|

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for April 4, 2008, at 10:30 a.m., to July 11, 2008. As further explained below, Defendant Elise Tamai ("Defendant") has not appeared in this action, and Plaintiffs are filing a request for clerk's default. Therefore, a case management conference is unnecessary at this time.

2.  1. Plaintiffs initially filed the Complaint in this matter against a John Doe defendant on September 20, 2007. In order to discover the Doe defendant's true identity, Plaintiffs also filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP"). On October 3, 2007, the Court issued an Order for Leave to Take Immediate Discovery. Plaintiffs then served a subpoena on the ISP, which thereafter identified the Defendant, Elise Tamai.

2. While this case was still in the Doe stage, the Court issued a December 21, 2007 Order granting Plaintiffs' previous request to continue the case management conference from the original date of January 11, 2008 to the currently scheduled date.

3. Once the ISP identified Defendant, Plaintiffs sent her a letter notifying her of Plaintiffs' claims and encouraging her to contact Plaintiffs and attempt to amicably resolve this matter. No settlement was reached. Accordingly, on January 18, 2008, Plaintiffs filed their First Amended Complaint naming Ms. Tamai individually as the Defendant.

4. Defendant was served with process on February 18, 2008, by substitute service. Defendant has not answered or otherwise responded to the Complaint. Accordingly, along with this application, Plaintiffs are filing a request for entry of clerk's default.

5. Given the circumstances of this case, there is no need for a case management conference at this time. Therefore, Plaintiffs respectfully request that the Court continue the case management conference from April 4, 2008, at 10:30 a.m., to July 11, 2008, or such other date as conveniences the Court.

Dated: March 25, 2008                                     HOLME ROBERTS & OWEN LLP


By: _____*/s/ Matthew Franklin Jaksa*____
     MATTHEW FRANKLIN JAKSA
     Attorney for Plaintiffs

1

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for April 4, 2008, at 10:30 a.m., be continued to July 11, 2008.

Dated: _____       By: _____
                                                                        Honorable Joseph C. Spero
                                                                       United States Magistrate Judge