**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                         415.522.2000

March 27, 2008

RE:  CV 07-04835 JCS          UMG RECORDINGS INC.-v- JOHN DOE &#035;1

Default is entered as to **Defendant Elise Tamai**  on **March 27, 2008.**.

RICHARD W. WIEKING, Clerk

*Gina Agustine*

by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89