1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG MUSIC
7  ENTERTAINMENT; ARISTA RECORDS LLC;
   ELEKTRA ENTERTAINMENT GROUP INC.;
8  CAPITOL RECORDS, INC.; and BMG MUSIC

9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
12

13  UMG RECORDINGS, INC., a Delaware        CASE NO. 3:07-CV-04835-JCS
    corporation; SONY BMG MUSIC
14  ENTERTAINMENT, a Delaware general       The Honorable Joseph C. Spero
    partnership; ARISTA RECORDS LLC, a
15  Delaware limited liability company; ELEKTRA   **PROOF OF SERVICE OF CLERK'S**
    ENTERTAINMENT GROUP INC., a Delaware    **NOTICE OF ENTRY OF DEFAULT**
16  corporation; CAPITOL RECORDS, INC., a
    Delaware corporation; and BMG MUSIC, a New
17  York general partnership,
18
19                Plaintiffs,
20         v.
21
22  ELISE TAMAI,
                  Defendant.
23

24
25
26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

     I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

     On March 27, 2008, I served the foregoing documents described as:

**CLERK'S NOTICE OF ENTRY OF DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

     **Elise Tamai**
     **564 Alviso Street**
     **Santa Clara, CA 95050**

     ☒     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     ☒     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on March 27, 2008 at San Francisco, California.

                         *Della Grant*
                             Della Grant

PROOF OF SERVICE RE CLERK'S NOTICE OF ENTRY OF DEFAULT
Case No. 07-04835-JCS
#36541 v1