Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>ELISE TAMAI,<br>　　　　　　Defendant. | CASE NO. 3:07-CV-04835-JCS<br><br>**Honorable Joseph C. Spero**<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 27, 2008, I served the foregoing documents described as:

**ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Elise Tamai**
> **564 Alviso Street**
> **Santa Clara, CA 95050**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 27, 2008 at San Francisco, California.

_____
Molly Morris

---

Proof of Service
Case No. 07-04835-JCS
#34955 v1

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; ARISTA
   RECORDS LLC; ELEKTRA
8  ENTERTAINMENT GROUP INC.;
9  CAPITOL RECORDS, INC.; and BMG
   MUSIC
10
                      UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
12

13 | UMG RECORDINGS, INC., a Delaware | CASE NO. 3:07-CV-04835-JCS
14 | corporation; SONY BMG MUSIC
   | ENTERTAINMENT, a Delaware general | Honorable Joseph C. Spero
15 | partnership; ARISTA RECORDS LLC, a
   | Delaware limited liability company; ELEKTRA | ***EX PARTE* APPLICATION TO CONTINUE**
16 | ENTERTAINMENT GROUP INC., a Delaware | **CASE MANAGEMENT CONFERENCE**
   | corporation; CAPITOL RECORDS, INC., a | **AND [PROPOSED] ORDER**
17 | Delaware corporation; and BMG MUSIC, a New
18 | York general partnership,
19 |                Plaintiffs,
20 |   v.
21 |
22 | ELISE TAMAI,
   |                Defendant.
23

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04835-JCS
#36364 v1

1     Plaintiffs respectfully request that the Court continue the case management conference currently set for April 4, 2008, at 10:30 a.m., to July 11, 2008. As further explained below, Defendant Elise Tamai ("Defendant") has not appeared in this action, and Plaintiffs are filing a request for clerk's default. Therefore, a case management conference is unnecessary at this time.

    1.     Plaintiffs initially filed the Complaint in this matter against a John Doe defendant on September 20, 2007. In order to discover the Doe defendant's true identity, Plaintiffs also filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP"). On October 3, 2007, the Court issued an Order for Leave to Take Immediate Discovery. Plaintiffs then served a subpoena on the ISP, which thereafter identified the Defendant, Elise Tamai.

    2.     While this case was still in the Doe stage, the Court issued a December 21, 2007 Order granting Plaintiffs' previous request to continue the case management conference from the original date of January 11, 2008 to the currently scheduled date.

    3.     Once the ISP identified Defendant, Plaintiffs sent her a letter notifying her of Plaintiffs' claims and encouraging her to contact Plaintiffs and attempt to amicably resolve this matter. No settlement was reached. Accordingly, on January 18, 2008, Plaintiffs filed their First Amended Complaint naming Ms. Tamai individually as the Defendant.

    4.     Defendant was served with process on February 18, 2008, by substitute service. Defendant has not answered or otherwise responded to the Complaint. Accordingly, along with this application, Plaintiffs are filing a request for entry of clerk's default.

    5.     Given the circumstances of this case, there is no need for a case management conference at this time. Therefore, Plaintiffs respectfully request that the Court continue the case management conference from April 4, 2008, at 10:30 a.m., to July 11, 2008, or such other date as conveniences the Court.

Dated: March 25, 2008                           HOLME ROBERTS & OWEN LLP

                                                 By:     */s/ Matthew Franklin Jaksa*
                                                            MATTHEW FRANKLIN JAKSA
                                                           Attorney for Plaintiffs

1

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for April 4, 2008, at 10:30 a.m., be continued to ~~July 11, 2008~~. July 25, 2008 at 1:30 PM

Dated: _03/26/08_____          By: _____
                                       Spero
                                       [Magistrate] Judge