UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS INC., ET AL.,   No. C 07-04835 (JCS)

        Plaintiff(s),

        v.   CLERK'S NOTICE

ELISE TAMAI,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for July 25, 2008, at 1:30 p.m., has been **VACATED**.

      YOU ARE HEREBY FURTHER NOTIFIED THAT the hearing on Plaintiffs' Motion for Default Judgment noticed for July 11, 2008 at 9:30 a.m., has been re-set to **September 19, 2008, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: June 10, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Karen L. Hom*
Karen L. Hom
Courtroom Deputy