Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ELISE TAMAI,<br><br>Defendant. | CASE NO. 3:07-CV-04835-JCS<br><br>The Honorable Joseph C. Spero<br><br>**PROOF OF SERVICE OF CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE DATE AND RE-SETTING HEARING DATE FOR MOTION FOR DEFAULT** |

PROOF OF SERVICE RE CLERK'S NOTICE CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE DATE AND RE-SETTING HEARING DATE FOR MOTION FOR DEFAULT
Case No. 3:07-CV-04835-JCS
#36541 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On June 11, 2008, I served the foregoing documents described as:

**CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE DATE AND RE-SETTING HEARING DATE FOR MOTION FOR DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Elise Tamai
564 Alviso Street
Santa Clara, CA 95050**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 11, 2008 at San Francisco, California.

*Della Grant*
———————————
Della Grant

---

1

PROOF OF SERVICE RE CLERK'S NOTICE CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE DATE AND RE-SETTING HEARING DATE FOR MOTION FOR DEFAULT
Case No. 07-04835-JCS
#36541 v1