1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:       dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; SONY BMG MUSIC
7  ENTERTAINMENT; ARISTA RECORDS LLC;
   ELEKTRA ENTERTAINMENT GROUP INC.;
8  CAPITOL RECORDS, INC.; and BMG MUSIC

9

10                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION

12

13  UMG RECORDINGS, INC., a Delaware          CASE NO. 3:07-CV-04835-JCS
    corporation; SONY BMG MUSIC
14  ENTERTAINMENT, a Delaware general         **Honorable Joseph C. Spero**
    partnership; ARISTA RECORDS LLC, a
15  Delaware limited liability company; ELEKTRA   **SUPPLEMENTAL DECLARATION OF**
    ENTERTAINMENT GROUP INC., a Delaware      **DAWNIELL ALISE ZAVALA IN**
16  corporation; CAPITOL RECORDS, INC., a     **FURTHER SUPPORT OF MOTION FOR**
    Delaware corporation; and BMG MUSIC, a New **DEFAULT JUDGMENT**
17  York general partnership,
18
                    Plaintiffs,
19
20         v.
21
    ELISE TAMAI,
22                  Defendant.
23

24

25

26

27

28

---

SUPPLEMENTAL DECLARATION OF DAWNIELL ALISE ZAVALA
Case No. 07-04835-JCS
#38828 v1

1

## DECLARATION OF DAWNIELL ALISE ZAVALA

2      I, Dawniell Alise Zavala, declare:

3      1.      I am an associate in the law firm of Holme Roberts & Owen LLP ("HRO").  HRO

4    serves as lead national counsel for the record companies in all actions like the current case.  I have

5    personal knowledge of all facts set forth in this declaration, except as where stated on information

6    and belief.  As to such facts, I believe them to be true.

7      2.      In support of Plaintiffs' request that the Court grant their Motion for Default

8    Judgment filed on June 5, 2008, Plaintiffs attach as Exhibits A- I copies of the copyright registration

9    certificates for the sound recordings at issue in this case:

10     3.      Attached hereto as **Exhibit A** is a true and correct copy of the copyright registration

11   for "You And Me," on album "Lifehouse," by artist "Lifehouse" (SR# 370-643).

12     4.      Attached hereto as **Exhibit B** is a true and correct copy of the copyright registration

13   for "Freak On a Leash," on album "Follow the Leader," by artist "Korn" (SR# 263-749).

14     5.      Attached hereto as **Exhibit C** is a true and correct copy of the copyright registration

15   for "Paper Wings," on album "Siren Song Of The Counter Culture," by artist "Rise Against" (SR#

16   355-243).

17     6.      Attached hereto as **Exhibit D** is a true and correct copy of the copyright registration

18   for "All Out Of Love," on album "Lost In Love," by artist "Air Supply" (SR# 38-070).

19     7.      Attached hereto as **Exhibit E** is a true and correct copy of the copyright registration

20   for "Lullaby," on album "Disintegration," by artist "The Cure" (SR# 104-305).

21     8.      Attached hereto as **Exhibit F** is a true and correct copy of the copyright registration

22   for "Over and Over," on album "Suit," by artist "Nelly" (SR# 358-551).

23     9.      Attached hereto as **Exhibit G** is a true and correct copy of the copyright registration

24   for "Crush," on album "Clarity," by artist "Jimmy Eat World" (SR# 262-667)

25     10.     Attached hereto as **Exhibit H** is a true and correct copy of the copyright registration

26   for "A Long December," on album "Recovering The Satellites," by artist "Counting Crows" (SR#

27   266-415).

28

1

1        11.     Attached hereto as **Exhibit I** is a true and correct copy of the copyright registration

2  for "Think Twice," on album "It's All in Your Head," by artist "Eve 6" (SR# 335-549)

3        I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.

5        Executed this 21st day of July, 2008, at San Francisco, California.

Dawniell Alise Zavala

SUPPLEMENTAL DECLARATION OF DAWNIELL ALISE ZAVALA
Case No. 07-04835-JCS
#38828 v1

# EXHIBIT A

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or c.



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 370 - 643**



EFFECTIVE DATE OF REGISTRATION

| 4 | 12 | 05 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1** TITLE OF THIS WORK ▼
TITLE:  LIFEHOUSE
ARTIST:  LIFEHOUSE                          00602498803738  (ECD)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

---

**2** **a** NAME OF AUTHOR ▼
GEFFEN RECORDS, A DIVISION OF UMG RECORDINGS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING/PICTORIAL MATTER/AUDIOVISUAL ELEMENTS

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005  ◀ Year  This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 03   Day ▶ 22   Year ▶ 05
U.S.A.   ◀ Nation

---

**4** **a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
GEFFEN RECORDS, A DIVISION OF UMG RECORDINGS, INC.
2220 COLORADO AVE.
SANTA MONICA, CA  90404

See instructions before completing this space.

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 12 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 12 2005

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                     Account Number ▼

**a**          UNIVERSAL MUSIC GROUP               DA024562

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**          UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
              100 UNIVERSAL CITY PLAZA
              UNIVERSAL CITY, CA 91608

Area code and daytime telephone number   **(818) 777-4040**          Fax number   **(818) 866-1604**
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant          ☐ owner of exclusive right(s)
☒ authorized agent of   **GEFFEN RECORDS, A DIVISION OF** UMG RECORDINGS, INC.
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

          **PATRICIA BLAIR**                          Date    **3/30/05**

Handwritten signature (x) ▼
X _____ _Pat B____ _____ _____ _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼   UNIVERSAL MUSIC GROUP<br>          COPYRIGHT ADMINISTRATION | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 100 UNIVERSAL CITY PLAZA<br>          BUILDING 1320W-4 | |
| | City/State/ZIP ▼<br>          UNIVERSAL CITY, CA 91608 | |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000   Web Rev: July 2003   ♻ Printed on recycled paper                U.S. Government Printing Office: 2003-496-605/60,0xx

# EXHIBIT B

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 263-749

EFFECTIVE DATE OF REGISTRATION

April 9, 199

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
FOLLOW THE LEADER/by KORN (EK 69001)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions.
☒ Musical   ☐ Musical-Dramatic
☐ Dramatic  ☐ Literary
☐ Other

## 2

**a NAME OF AUTHOR ▼**
Sony Music Entertainment Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound recordings, photographic matter

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 5   Year ▶ 1998
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sony Music Entertainment Inc.
550 Madison Avenue
New York, New York 10022-3211

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 09 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 09 1999

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

Page 1 of ___

EXAMINED BY

FORM SR

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

   One sound recording: Track 20: ALL IN THE FAMILY, piclorial art (exclusive license only)

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

   All other sound recordings and new photographic matter

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

   Sony Music Entertainment Inc.                 DA0 05051

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Sony Music Entertainment Inc./ATTENTION KAREN SHOVLOWSKY
550 Madison Avenue
New York, New York 10022-3211
14th floor

Area Code & Telephone Number  (212) 833-7054   Fax number  (212) 833-7215

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sony Music Entertainment Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
   KAREN SHOVLOWSKY                                      Date ▶  3-25-99

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
ATTENTION KAREN SHOVLOWSKY — Sony Music Entertainment Inc.
Number/Street/Apartment Number ▼
550 Madison Avenue — 14th Floor
City/State/ZIP ▼
New York, New York 10022-3211

Certificate
will be
mailed in
window
envelope

# EXHIBIT C

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www. copyright.gov, write the Copy-
right Office

14249927



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 355 – 243**

EFFECTIVE DATE OF REGISTRATION

9     13     2004
Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**

TITLE: SIREN SONG OF THE COUNTER CULTURE
ARTIST: RISE AGAINST                    00602498629826   (COMPACT DISC)

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

GEFFEN RECORDS, A DIVISION OF UMG RECORDINGS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

SOUND RECORDING/PICTORIAL MATTER

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004 ◀ Year
This information must be given in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 08   Day ▶ 10   Year ▶ 04
U.S.A. ◀ Nation

---

**4**

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

GEFFEN RECORDS, A DIVISION OF UMG RECORDINGS, INC.
2220 COLORADO AVE.
SANTA MONICA, CA 90404

APPLICATION RECEIVED
SEP 13 2004
ONE DEPOSIT RECEIVED

SEP 13 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages



EXAMINED BY _____    FORM SR

CHECKED BY _____

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

---

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                              Account Number ▼

**a**          UNIVERSAL MUSIC GROUP                 DA024562

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**          UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
               100 UNIVERSAL CITY PLAZA
               UNIVERSAL CITY, CA  91608

Area code and daytime telephone number  (818) 777-4040          Fax number  (818) 866-1604
Email

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant

☐ owner of exclusive right(s)
☒ authorized agent of  GEFFEN RECORDS, A DIVISION OF UMG RECORDINGS, INC.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR                                     Date        8/18/04

Handwritten signature (x) ▼

X _____

---

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼       UNIVERSAL MUSIC GROUP
             COPYRIGHT ADMINISTRATION
Number/Street/Apt ▼  100 UNIVERSAL CITY PLAZA
             BUILDING 1320W-4
City/State/ZIP ▼
             UNIVERSAL CITY, CA  91608

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000   Web Rev: July 2003   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60 Ex7

# EXHIBIT D

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

SR    38-070

SR          SRU

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**(1) Title**

TITLE OF THIS WORK

"Lost In Love" Performed by Air Supply

AB 4268

NATURE OF MATERIAL RECORDED

PREVIOUS OR ALTERNATIVE TITLES:

**(2) Author(s)**

IMPORTANT:

NAME OF AUTHOR

Arista Records, Inc.          X

DATES OF BIRTH AND DEATH

AUTHOR'S NATIONALITY OR DOMICILE
USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

AUTHOR OF
Sound Recording

NAME OF AUTHOR

DATES OF BIRTH AND DEATH

AUTHOR'S NATIONALITY OR DOMICILE:

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

AUTHOR OF

NAME OF AUTHOR

DATES OF BIRTH AND DEATH

AUTHOR'S NATIONALITY OR DOMICILE:

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

AUTHOR OF

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

1980

DATE AND NATION OF FIRST PUBLICATION:
April 22 1980
USA

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Arista Records, Inc.
6 West 57th Street
New York, New York 10019

TRANSFER

DO NOT WRITE HERE
Page 1 of       pages

SR        38-070

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

PREVIOUS REGISTRATION

**5**
Previous
Registra-
tion

COMPILATION OR DERIVATIVE WORK

PREEXISTING MATERIAL

MATERIAL ADDED TO THIS WORK

**6**
Compilation
or
Derivative
Work

DEPOSIT ACCOUNT

Arista Records, Inc.

DA024384

CORRESPONDENCE

Holly Ferguson    c/o Arista Records
6 West 57th Street

New York    New York    10019

**7**
Fee and
Correspond-
ence

CERTIFICATION **✱**                    Arista Records, Inc.

Holly Ferguson

**8**
Certification
(Application
must be
signed)

MAIL
CERTIFICATE
TO

Shannon Such c/o Arista Records, Inc.

6 West 57th Street

New York    New York    10019

(Certificate will
be mailed in
window envelope)

**9**
Address
For Return
of
Certificate

☆ U.S. GOVERNMENT PRINTING OFFICE: 197   O 248 824

Nov. 1977   25,000

# EXHIBIT E

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR _ **104 305**

(SR)                                    SRU

EFFECTIVE DATE OF REGISTRATION

**MAY 1 9 1989**
Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

"DISINTEGRATION"          RECORDED BY: THE CURE
                          ELEKTRA 9 60855-1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions.
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other

## 2

**NAME OF AUTHOR ▼**

**a** ELEKTRA/ASYLUM RECORDS

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound recording /Artwork

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer.

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ APRIL Day ▶ 28 Year ▶ 1989
UNITED STATES OF AMERICA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ELEKTRA/ASYLUM RECORDS, (generally known alternative designation of Elektra/Asylum/Nonesuch Records, a Division of Warner Communications, Inc.)
75 Rockefeller Plaza, New York, NY 10019

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 19 1989
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 1 1989
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

SR - 104 305

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

*Best edition deposited, authority applicant's letter
received 12 May 1989.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

ELEKTRA/ASYLUM RECORDS          DA 024953

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

MERCEDES VALDIVIA
COPYRIGHT DEPARTMENT/THIRD FLOOR
75 ROCKEFELLER PLAZA
NEW YORK, NY 10019

Area Code & Telephone Number ▶          (212) 484-8206

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of __ELEKTRA/ASYLUM RECORDS__
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 1.

MERCEDES VALDIVIA          date ▶ 5/11/89

Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

Name ▼
MERCEDES VALDIVIA
COPYRIGHT DEPARTMENT/THIRD FLOOR

Number/Street/Apartment Number ▼
75 ROCKEFELLER PLAZA

City/State/ZIP ▼
NEW YORK, NY 10019

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, DC 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1988-301-270/63

# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 358-551**

EFFECTIVE DATE OF REGISTRATION

| 11 | 2 | 04 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
TITLE OF THIS WORK ▼

TITLE    SUIT
ARTIST   NELLY                                    00602498635698    (COMPACT DISC)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

---

**2**
**a** NAME OF AUTHOR ▼

UNIVERSAL RECORDS, A DIVISION OF UMG RECORDINGS, INC

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

SOUND RECORDING/PICTORIAL MATTER

**NOTE**
Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2004 ◄Year  This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

Complete this information ONLY if this work has been published.

Month ▶ 09  Day ▶ 14  Year ▶ 04
USA  ◄ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

UNIVERSAL RECORDS, A DIVISION OF UMG RECORDINGS, INC
2220 COLORADO AVE
SANTA MONICA, CA 90404

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
NOV 2 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV - 2 2004
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY _Rn_ | FORM SR |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

**5**

☒ Yes  ☐ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box) ▼

a ☐ This work was previously registered in unpublished form and now has been published for the first time

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes   give  Previous Registration Number ▼     Year of Registration ▼

REGISTRATION APPLIED FOR  NOT YET RECEIVED      2004

**DERIVATIVE WORK OR COMPILATION**

**6**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

a    "MY PLACE"                     00602498633267

See instructions before completing this space

Material Added to This Work  Give a brief  general  statement of the material that has been added to this work and in which copyright is claimed ▼

b    ALL OTHER SOUND RECORDINGS/<br>PICTORIAL MATTER

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**7**

Name ▼                                Account Number ▼

a    UNIVERSAL MUSIC GROUP        DA024562

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

b    UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION<br>100 UNIVERSAL CITY PLAZA<br>UNIVERSAL CITY  CA  91608

Area code and daytime telephone number  (818) 777 4040      Fax number  (818) 866 1604

Email

**CERTIFICATION*** I, the undersigned  hereby certify that I am the

**8**

Check only one ▼

☐ author

☐ owner of exclusive r ght(s)

☐ other copyright claimant

☒ authorized agent of   UNIVERSAL RECORDS  A DIVISION OF UMG RECORDINGS  INC

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

PATRICIA BLAIR                        Date   10/1/04

Handwritten signature (x) ▼

X _____Pat 3l_____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼  UNIVERSAL MUSIC GROUP<br>COPYRIGHT ADMINISTRATION<br>Number/Street/Apt ▼  100 UNIVERSAL CITY PLAZA<br>BUILDING 1320W-4<br>City/State/ZIP ▼  UNIVERSAL CITY  CA  91608 | Complete all necessary spaces<br>Sign your application in space 8<br><br>SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1  Application form<br>2  Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3  Deposit material<br>Library of Congress<br>Copyright Office  SR<br>101 Independence Avenue  S E<br>Washington, D C  20559-6237 | **9** |

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev July 2003—100 000  Web Rev July 2003  ♻ Printed on recycled paper                                U S Government Printing Office  2003-496-605/60 0xx

# EXHIBIT G





For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 262-667

EFFECTIVE DATE OF REGISTRATION

3    31    99
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF WORK ▼

"CLARITY"  RECORDED BY JIMMY EAT WORLD  (55950)

PREVIOUS OR ALTERNATIVE TITLES ▼

CONTENTS: Table For Glasses, Lucky Denver Mint, Your New Aesthetic, Believe In What You Want, A Sundy, Crush, 12/23/95, Ten, Just The Fireworks, For Me This Is Heaven, Blister, Clarity, Goodbye Sky Harbor

NATURE OF MATERIAL RECORDED ▼  • See instructions
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other

---

**2**

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

CAPITOL RECORDS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶        U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHOR    Briefly describe nature of the material created by this author in which copyright is claimed.
SOUND RECORDING, ARTWORK , PHOTOGRAPHS

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHOR    Briefly describe nature of the material created by this author in which copyright is claimed.

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHOR    Briefly describe nature of the material created by this author in which copyright is claimed.

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1999 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 02    Day ▶ 11    Year ▶ 1999
U.S.A.    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2.
CAPITOL RECORDS, INC.
1750 NORTH VINE STREET
HOLLYWOOD, CA 90028

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
MAR 31 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 31 1999
REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶    • Complete all applicable spaces (number 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of  2  pages

| EXAMINED BY | | FORM SR |
| --- | --- | --- |
| CHECKED BY | | |

| ☐ CORRESPONDENCE | FOR |
| Yes | COPYRIGHT |
| | OFFICE |
| | USE |
| | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

**6**

b.  **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before
completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                            **Account Number ▼**

**7**

CAPITOL RECORDS, INC.                    DA 075 493

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

DENISE KNUDSON
C/O CAPITOL RECORDS, INC.
1750 NORTH VINE STREET
HOLLYWOOD, CA 90028

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶ **(323) 871-5298**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of                    CAPITOL RECORDS, INC.

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
DENISE KNUDSON                                    date ▶    2-18-1999

Handwritten signature (X) ▼  _Denise Knudson_

| MAIL CERTIFICATE TO | **Name ▼** | | **9** |
| | DENISE KNUDSON | | |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ | YOU MUST: | |
| | C/O CAPITOL RECORDS, INC. | Complete all necessary spaces | |
| | 1750 NORTH VINE STREET | Sign your application in space 8 | |
| | City/State/ZIP ▼ | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE | The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule. |
| | HOLLYWOOD, CA 90028 | 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit material | |
| | | MAIL TO: Register of Copyrights Library of Congress Washington, D.C. 20559 | |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT H

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 226-415**

( SR )                                    SRU

EFFECTIVE DATE OF REGISTRATION

10          21          96

Month        Day         Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
RECOVERING THE SATELLITES
ARTIST: COUNTING CROWS                                    DGC2-24975

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼** See instructions
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other                          LP

---

**a**  **NAME OF AUTHOR ▼**
GEFFEN RECORDS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
SOUND RECORDING/PICTORIAL MATTER

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**
**a.**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 10    Day ▶ 08    Year ▶ 96    Nation    U.S.A.

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
GEFFEN RECORDS, INC.
70 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA  91608

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT 2 1 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 2 1 1996
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions          • Sign the form at line 8

DO NOT WRITE HERE

2

EXAMINED BY **TAH**

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FORM SR

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

MCA RECORDS, INC.                      DA024562

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

MCA RECORDS, INC.
70 UNIVERSAL CITY PLAZA DRIVE
UNIVERSAL CITY, CA 91608

Area Code & Telephone Number ▶ (818) 777-4040

**7**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _____ GEFFEN RECORDS, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR                               date ▶ 10/10/96

Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
MCA RECORDS, INC.
COPYRIGHT DEPARTMENT

Number/Street/Apartment Number ▼
70 UNIVERSAL CITY PLAZA

City/State/ZIP ▼
UNIVERSAL CITY, CA 91608

**9**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT I





# FORM SR
**For a Sound Recording**
UNITED STATES COPYRIGHT OFFICE

**SR 335-549**


SR0000335549

EFFECTIVE DATE OF REGISTRATION

| 8 | 18 | 2003 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

It's All In Your Head          Eve 6          82876 52346 2

**PREVIOUS  ALTERNATIVE  OR CONTENTS TITLES (CIRCLE ONE) ▼**

---

## 2

**a**

**NAME OF AUTHOR ▼**
BMG

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶  USA

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to e the of these questions s Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼
Sound Recordings and Artwork

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to e ther of these questions s Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to e ther of these questions s Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003  ◄ Year  in all cases
This information must be gi en

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month ▶ 07 _____  Day ▶ 22 _____  Year ▶ 2003
◄ Nation

---

## 4

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

RCA Music Group
1540 Broadway 36th FL
New York, NY 10036

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**b**

APPLICATION RECEIVED
AUG 1 8 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 1 8 2003
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (n mbe s 5 9) on the e e se s de of th s page
See detailed instructions          Sign the fo m at the 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ Yes | | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a  ☐ This work was previously registered in unpublished form and now has been published for the first time
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**b** Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**a** Name ▼    BMG Entertainment      Account Number ▼    DAO 15946

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

**b** RCA Music Group
Keith Karwelies
1540 Broadway  36th FL
New York  NY 10036
Area code and daytime telephone number ▶ 212 930 4625    Fax number ▶ 212 930 4301
Email ▶ Keith Karwelies@bmg com

**7**

**CERTIFICATION**  I  the undersigned  hereby certify that I am the

Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **BMG**
       Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Julie Swidler            Date ▶ 7/30/03

Handwritten signature (x) ▼
X _Julie Swidler_

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | RCA Music Group |
| | Keith Karwelies |
| | Number/Street/Apt ▼ |
| | 1540 Broadway  36th FL |
| | City/State/ZIP ▼ |
| | New York  NY 10036 |

Complete all necessary spaces
Sign your application  space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Non refundable filing  check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

As of July 1 1999 the filing fee for Form SR is $30

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than  $2 500

June 1999—50 000
WEB REV  June 1999       ♻ PRINTED ON RECYCLED PAPER       ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/48

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On July 21, 2008, I served the foregoing documents described as:

**SUPPLEMENTAL DECLARATION OF DAWNIELL ALISE ZAVALA IN FURTHER**

**SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Elise Tamai**
> **564 Alviso Street**
> **Santa Clara, CA 95050**

☒     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 21, 2008 at San Francisco, California.

_Della Grant_
Della Grant

1