Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ELISE TAMAI,<br>                    Defendant. | CASE NO. 3:07-CV-04835-JCS<br><br>Honorable Joseph C. Spero<br><br>***EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

1  Plaintiffs respectfully request that the Court continue the hearing on Plaintiffs' motion for default judgment currently set for September 19, 2008, at 9:30 a.m. to September 26, 2008, or other such date as conveniences the Court.. Plaintiffs' counsel is scheduled to attend an out-of-state meeting on September 19, 2008, and will therefore be unable to appear at the hearing as presently scheduled. Thus, Plaintiffs respectfully request a brief continuance of this hearing. Plaintiffs will serve a copy of this request and any resulting order on Defendant Elise Tamai.

Dated: September 8, 2008                              HOLME ROBERTS & OWEN LLP


                                                      By:  _____/s/ Dawniell Alise Zavala____
                                                           DAWNIELL ALISE ZAVALA
                                                           Attorney for Plaintiffs



### [PROPOSED]ORDER

Good cause having been shown:

**IT IS ORDERED** that the hearing on Plaintiffs' motion for default judgment currently set for September 19, 2008, at 9:30 a.m., be continued to September 26, 2008.


Dated: _____           By: _____
                                        Honorable Joseph C. Spero
                                        United States Magistrate Judge

1

Ex Parte Application to Continue Hearing on Plaintiffs' Default Judgment and [Proposed] Order
Case No. 3:07-cv-04835-JCS
#39874 v1 saf