1  Dawniell Alise Zavala (CA State Bar No. 253130)
2  HOLME ROBERTS & OWEN LLP
3  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
4  Telephone:  (415) 268-2000
   Facsimile:  (415) 268-1999
5  Email:  dawniell.zavala@hro.com

6  Attorneys for Plaintiffs,
7  UMG RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; ARISTA
8  RECORDS LLC; ELEKTRA
   ENTERTAINMENT GROUP INC.;
9  CAPITOL RECORDS, INC.; and BMG
   MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>          Plaintiffs,<br><br>   v.<br><br>ELISE TAMAI,<br>          Defendant. | CASE NO. 3:07-CV-04835-JCS<br><br>Honorable Joseph C. Spero<br>  ORDER RE:<br>***EX PARTE* APPLICATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

1  Plaintiffs respectfully request that the Court continue the hearing on Plaintiffs' motion for default judgment currently set for September 19, 2008, at 9:30 a.m. to September 26, 2008, or other such date as conveniences the Court.. Plaintiffs' counsel is scheduled to attend an out-of-state meeting on September 19, 2008, and will therefore be unable to appear at the hearing as presently scheduled. Thus, Plaintiffs respectfully request a brief continuance of this hearing. Plaintiffs will serve a copy of this request and any resulting order on Defendant Elise Tamai.

Dated: September 8, 2008                               HOLME ROBERTS & OWEN LLP


                                                       By: _____/s/ Dawniell Alise Zavala___
                                                              DAWNIELL ALISE ZAVALA
                                                              Attorney for Plaintiffs


### [~~PROPOSED~~] ORDER

Good cause having been shown:

**IT IS ORDERED** that the hearing on Plaintiffs' motion for default judgment currently set for September 19, 2008, at 9:30 a.m., be continued to September 26, 2008.


Dated: _September 10, 2008_                            By: _____
                                                           Honorable
                                                           United States Magistrate Judge
                                                           Judge Joseph C. Spero



IT IS SO ORDERED
Judge Joseph C. Spero

1